AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Maurice Johnson

V.

City of Poughkeepsie, Richard Wilson, Erick Thiele, John Doe and Richard Roe

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 5548

Judge Berman

TO: (Name and address of Defendant)

City of Poughkeepsie
C/o Office of the City Chamberlain
62 Civic Center Plaza
Poughkeepsie, New York 12602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 820
Brooklyn, New York 11201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE    JUN 1 1 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/22/07 |
| NAME OF SERVER (PRINT) Tony Donadio | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served upon Felicia Griff who is authorized to accept on behalf of defendant. F/W/Br/28/5'5"/140

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/07
             Date

X _____
  Signature of Server
  Tony Donadio

Box 138 Jefferson Valley, NY 10535
Address of Server

J. MICHAEL MCMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.