⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Maurice Johnson

V.

City of Poughkeepsie, Richard Wilson, Erick Thiele, John Doe and Richard Roe

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 5548

Judge Berman

TO: (Name and address of Defendant)

Police Officer Erick Thiele
Poughkeepsie Police Department
Municipal Blvd,, Memorial Square
Poughkeepsie, New York 12601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 820
Brooklyn, New York 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      JUN 1 1 2007

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6/21/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Tony Donadio | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Lt. Bonnet, coworker to the defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/07
              Date

Signature of Server
Tony Donadio

Address of Server
Box 138 Jefferson Valley, NY 10535

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.