8915-0025/kag

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MAURICE JOHNSON,

                        Plaintiff,

-against-

CITY OF POUGHKEEPSIE, RICHARD WILSON, ERICK THIELE, and JOHN DOE and RICHARD ROE, individually and in their official capacities (the names John Doe and Richard Roe being fictitious, as the true names are presently unknown),

                        Defendants.
-------------------------------------------------------------------x

**STIPULATION TRANSFERRING THE CASE**

07 CV 5548 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned matter is to be transferred from the United States District Court of the Southern District of New York at Foley Square to the United States District Court of the Southern District of New York in White Plains.

DATED:   July 13, 2007

McCABE & MACK LLP

By: _____
   DAVID L. POSNER (0310)
Attorneys for Defendants
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel. (845)486-6800

LEVENTHAL & KLEIN, LLP

By: _____
   Brett H. Klein, Esq. (BK 7749)
Attorneys for Plaintiff
45 Main Street, Suite 820
Brooklyn, NY 11201
Tel. (718) 722-4100

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
7/19/07

McCABE & MACK LLP, ATTORNEYS AT LAW, POST OFFICE BOX 509, POUGHKEEPSIE, NY 12602