8915-0025/kag

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MAURICE JOHNSON,

                                    Plaintiff,          **ORDER TRANSFERRING
                                                        CASE**

        -against-
                                                        07 CV 5548 (RMB)

CITY OF POUGHKEEPSIE, RICHARD WILSON, ERICK
THIELE, and JOHN DOE and RICHARD ROE, individually
and in their official capacities (the names John Doe and
Richard Roe being fictitious, as the true names are
presently unknown),

                                    Defendants.

-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07

IT IS HEREBY,

    ORDERED that the above-captioned matter is transferred from the United

States District Court of the Southern District of New York at Foley Square to the

United States District Court of the Southern District of New York in White Plains

pursuant to Rule 22 of the Division of Business Among District Judges.

DATED:        July 19, 2007
        _____

                                        ENTER,

                                        _RMB_____
                                        HON. RICHARD M. BERMAN