AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Maurice Johnson

*Amended*

## SUMMONS IN A CIVIL ACTION

V.

City of Poughkeepsie, Richard Wilson, Erick Thiele, et al.

CASE NUMBER: 07 CV 5548 (SCR)

TO: (Name and address of Defendant)

Police Officer Patrick Clarke (Shield No. 36)
c/o City of Poughkeepsie Police Dep't
62 Civic Center Plaza
Poughkeepsie, NY 12601

*U.S. DISTRICT COURT S.D.N.Y. 08 JAN 28 PH 8:03 RECEIVED*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MICHAEL McMAHON

JAN 3 0 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 12, 2008 at 10:05 am |
| NAME OF SERVER (PRINT) Tony Donadio | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o City of Poughkeepsie Police Dept. 62 Civic Center Plaza Poughkeepsie, NY 12601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon P.O. William Horton, co-worker of the defendant. M, W, Blk, 55, 6'0, 215

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/13/08
Date

X [signature] Tony Donadio
Signature of Server

Box 138 Jefferson Valley, NY 10535
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.