UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Maurice Johnson

                     Plaintiff(s)

                     v.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 CV 5548 (SCR)(GAY)

City of Poughkeepsie, et al.
                     Defendants(s)
------------------------------------------------------------X

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

* Do not check if already referred for general pretrial.

DATED:     White Plains, New York
7/16/08

SO ORDERED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

_Stephen C. Robinson_
United States District Judge
Stephen C. Robinson